**Guadalupe GUAJARDO, Jr., Petitioner-Appellant,**

**v.**

**C. L. McADAMS, Warden, Wynne Unit, Texas Department of Corrections, Respondent-Appellee.**

**No. 73-1497.**

United States Court of Appeals, Fifth Circuit.

May 14, 1973.

Harry Reasoner, Richard J. Trabulsi, Houston, Tex. (Court-appointed), for petitioner-appellant.

John L. Hill, Atty. Gen., Gilbert J. Pena, Asst. Atty. Gen., Austin, Tex., for respondent-appellee.

Before JOHN R. BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLD-BERG, AINSWORTH, GODBOLD, DY-ER, SIMPSON, MORGAN, CLARK, INGRAHAM and RONEY, Circuit Judges.

BY THE COURT:

The Court on its own motion having determined to consider this cause en banc,

It is ordered that the above entitled cause shall be heard en banc with oral argument on a date hereafter to be fixed.